786

No. 727. LORENZ v. COMMISSIONER OF INTERNAL REVENUE. March 4, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Marion A. Ross* for petitioner. *Solicitor General McGrath, Sewall Key, Arnold Raum, J. Louis Monarch* and *John F. Costelloe* for respondent.

No. 733. TANDARIC v. UNITED STATES. March 4, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Harold J. Finder* for petitioner. *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 717. JOYCE v. BOARD OF EDUCATION OF CHICAGO. March 4, 1946. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied. MR. JUSTICE MURPHY is of the opinion that certiorari should be granted. *Ode L. Rankin* for petitioner. *Richard S. Folsom, Frank S. Righeimer* and *Frank R. Schneberger* for respondent.

Nos. 687 and 698. ANDREWS v. ATKINSON, JUDGE. March 4, 1946. Petition for writ of certiorari to the Supreme Court of Georgia denied. Petitioner *pro se. Eugene Cook,* Attorney General of Georgia, for respondent.

No. 712. LEBEDIS v. RAGEN, WARDEN. March 4, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 720. TAYLOR v. PARKER, WARDEN. March 4, 1946. Petition for writ of certiorari to the Supreme Court of Missouri denied.